RECEIVED

NOV 13 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRY B. CAMPBELL, JR. | *CIVIL NO. 6:13-2840 |
| VERSUS | *JUDGE DOHERTY |
| HAROLD MILLER, JR. TRUCKING & PAVING, LLC., ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

The determination of Terry B. Campbell, Jr.'s attorneys' fees associated with the grant of a default judgment as to Count 1 of his Complaint was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that $6498.00 in attorney's fees for the services of G. Andrew Veazey and his paralegal Angela Dugas are awarded to the plaintiff, Terry B. Campbell, Jr.

Lafayette, Louisiana this _13_ day of _November_, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE